O

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR16-75-CAS |
| Plaintiff, ) | |
| v. ) | FINAL REVOCATION OF |
| GARY A. GERMANY, ) | SUPERVISED RELEASE AND JUDGMENT |
| Defendant. ) | |
| _____ ) | |

    On March 30, 2016, this matter came before the Court on Petition on Probation and Supervised Release originally filed on February 25, 2016. Government counsel, Damaris Diaz, the defendant and his appointed Deputy Federal Public Defender attorney, Jennifer Uyeda, were present. The U.S. Probation Officer, David Beaupre, was also present.

    The defendant admitted to the allegation, in violation of his supervised release, as stated in the Petition filed on February 25, 2016. The Court finds that the defendant is in violation of the terms and conditions of his supervised release imposed on June 11, 2009.

    IT IS ORDERED AND ADJUDGED, upon the findings of the Court, the defendant is hereby committed to the custody of the Bureau of Prisons for a term of ninety (90) days, with no supervision to follow.

    It is further ordered that the defendant surrender himself to the institution designated by the Bureau of Prisons on or before 12 noon, on April 4, 2016. In the absence of such designation, the defendant shall report on or before the same date and time, to the United

States Marshal located at: Roybal Federal Building, 255 East Temple Street, Los Angeles, California 90012.

    IT IS FURTHER ORDERED that the Clerk deliver a copy of this judgment to the United States Marshal or other qualified officer and that said copy shall serve as the commitment of defendant.

FILE/DATED:     March 30, 2016

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

KIRY K. GRAY
CLERK OF COURT


By: ___/S/_____
    Catherine M. Jeang, Deputy Clerk

2